857 F.2d 289
 UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff-Appellant,
v.
EMPLOYERS CASUALTY, Defendant-Appellee.
 No. 87-3878.
 United States Court of Appeals,
Fifth Circuit.
 Oct. 14, 1988.
 
 Mary Clare Hartman, Hartman & Associates, Metairie, La., for plaintiff-appellant.
 Esmond Phelps, II, John P. Sneed, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Charles Schwartz, Jr., District Judge.
 Before CLARK, Chief Judge, BROWN and JOLLY, Circuit Judges.
 JOHN R. BROWN, Circuit Judge:
 
 
 1
 Affirmed on basis of the trial court opinion. United States Fidelity and Guar. Co. v. Employers Cas. Co., 672 F.Supp. 939 (E.D.La.1987).
 
 
 2
 AFFIRMED.